# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RICK J. LUCKE,

      Plaintiff,

v.                                   **ORDER**
                                      Civil File No. 13-2193 (MJD/TNL)

WELLS FARGO BANK, N.A.,

      Defendant.

On April 9, 2014, the mother of pro se Plaintiff Rick J. Lucke informed Defendant Wells Fargo Bank, N.A., that Plaintiff had passed away on March 27, 2014.  Also on April 9, Defendant filed and served a Suggestion of Death under Federal Rule of Civil Procedure 25(a).  More than 90 days have passed and no motion to substitute has been filed.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

This matter is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 25(a).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 22, 2014                        s/ Michael J. Davis
                                             Michael J. Davis
                                             Chief Judge
                                             United States District Court